72 A.3d 263

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Dennis BLAND, Respondent.**

Supreme Court of Pennsylvania.

July 24, 2013.

584

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of July 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did Superior Court err by suppressing a confession that respondent gave after receiving *Miranda v. Arizona,* 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), warnings because, six days prior to any police questioning, while in custody in another jurisdiction, he had signed a form anticipatorily declining to be interviewed?